# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159222 & (14)(15)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DAJON DEON HOGAN,
   Defendant-Appellant.

SC:  159222
COA:  345822
Wayne CC:  18-001527-AR

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 21, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motion to stay enforcement of the Court of Appeals order is DENIED.

   VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2019


s0312

        Clerk